# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

__ROBERT HARVIE PAYNE, PE, VHM__ )  Civil Action No. _____
[Enter the full name of the plaintiff in this action] )  _(to be assigned by Clerk)_
 )
 )  **COMPLAINT**
v. )  **State Prisoner**
 )
__THEO JACOBS,__ )
__CCOH,__ )
__SACDC, +__ )
__CHAS. CO.__ )
 )
 )
_____ )
Enter above the full name of defendant(s) in this action )

RECEIVED USDC CLERK, GREENVILLE, SC 2012 JAN 19 A 11:05

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?    Yes __X__    No _____

   B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

   1. Parties to this previous lawsuit:

      Plaintiff: __ROBERT PAYNE__

      Defendant(s): __SACDC, CHAS. CO., LUCAS, PLUNITUS, FENNELL, HARRISON, etc.__

   2. Court: __US DISTRICT COURT, DISTRICT OF SC, GREENVILLE DIVISION__
      (If federal court, name the district; if state court, name the county)

   3. Docket Number: __6:11-1716, 1766, 1767, 1768, 2011 -DCN, KFM__

   4. Name(s) of Judge(s) to whom case was assigned: __DCN, KFM__

   5. Disposition: __PENDING__
      (For example, was the case dismissed? Appealed? Pending?)

   6. Approximate date of filing lawsuit: __AUG 2011__

   7. Approximate date of disposition: __PENDING__

Complaint - State Prisoner
Revised October 3, 2007

II. PLACE OF PRESENT CONFINEMENT

   A. Name of Prison/Jail/Institution: **SACDC**

   B. What are the issues that you are attempting to litigate in the above-captioned case? **DELIBERATE INDIFFERENCE TO MEDICAL CONDITION, MALPRACTICE, DENIAL OF MEDICAL TREATMENT, EQUAL PROTECTION**

   C. (1) Is there a prisoner grievance procedure in this institution? Yes **X**  No____

   (2) Did you file a grievance concerning the claims you are raising in this matter? Yes **X**  No____

   When **Aug 2011**  Grievance Number (if available) ____

   D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)?   Yes____   No **X**

   E. When was the final agency/departmental/institutional answer or determination received by you? **Never, SACDC REFUSES TO RESPOND TO MY GRIEVANCES**
   If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.

   F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes____  No____

   G. If your answer is YES:

      1. What steps did you take? ____

      2. What was the result? ____

III. PARTIES

   *In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

   A. Name of Plaintiff: **ROBERT HARVIE PAYNE, PE, VMM**  Inmate No.: **2098**

   Address: **PSIKHUSHKA POLITICAL PRISON, 3841 LEEDS AVE, NCHAS, SC, 29405**

   *In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

   B. Name of Defendant: **THEO JACOBS**    Position: **MEDICAL DOCTOR**

   Place of Employment: **CAROLINA CENTER FOR OCCUPATIONAL HEALTH (CCOH), 3841 LEEDS AVE, NCHAS, SC 29405**

   C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

   **CCOH, 3841 LEEDS AVE, NCHAS, SC 29405**
   **SACDC, 3841 LEEDS AVE, NCHAS, SC 29405**
   **CHAS. CO., 4045 BRIDGE VIEW DR, NCHAS, SC 29405**

Complaint - State Prisoner
Revised October 3, 2007

IV. STATEMENT OF CLAIM - ~~continued~~

① PLAINTIFF IS A PRETRIAL DETAINEE AT SACDC, DETAINED FOR ALMOST 8 MONTHS, AND COUNTING, EVEN THOUGH STATE SUPREME COURT ORDERED COURT TO DISPOSE OF CASE WITHIN 180 DAYS.

② PLAINTIFF TOLD DEFENDANTS SACDC AND CCOH HE WAS SUFFERING FROM PROSTATE CANCER AT INTAKE AND NEEDED TO CONTINUE HIS TREATMENT.

③ DEFENDANT JACOBS OBTAINED PLAINTIFF'S MEDICAL RECORDS AND CONFIRMED PLAINTIFF HAD PROSTATE CANCER.

④ DEFENDANT JACOBS ORDERED BLOOD TEST TO DETERMINE STATUS OF PROSTATE CANCER. BLOOD TESTS INDICATED PROSTATE CANCER WAS SPREADING EXPONENTIALLY.

⑤ PLAINTIFF CONTINUOUSLY AND REPEATEDLY REQUESTED TREATMENT IN JAIL AND CONSULTS AND TREATMENT AT VARIOUS HOSPITALS AND CANCER CLINICS AND PERSONAL DOCTORS.

⑥ DEFENDANTS DENIED ALL TREATMENT TO DATE.

V. **RELIEF**

*State briefly and exactly what you want the court to do for you.*

PROVIDE:

① JURY TRIAL,

② INJUNCTION REQUIRING DEFENDANTS TO ORDER AND PROVIDE TREATMENT.

③ ACTUAL DAMAGES OF $1,000.00 PER DAY FOR EACH DAY OF DENIAL OF TREATMENT, MINIMUM.

④ PUNITIVE DAMAGES OF $2,000.00 PER DAY FOR EACH DAY OF DENIAL OF MEDICAL TREATMENT, MINIMUM.

⑤ ATTORNEY FEES, COSTS, EXPENSES, COSTS, ETC.

⑥ OTHER RELIEF AS THIS COURT MAY DEEM JUST, FIT AND PROPER.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 12th day of JANUARY, 2012.

Robert Norris Pamu

*Signature of Plaintiff*

Complaint - State Prisoner
Revised October 3, 2007